# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL A. CRABTREE**, as CHIEF EXECUTIVE OFFICER OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, *et al.*, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : Case No.: 1:19-cv-01596-TNM |
| | : |
| v. | : <br> : |
| **MILLER PIPELINE, LLC**, d/b/a MILLER PIPELINE CORPORATION | : <br> : <br> : |
| Defendant. | : |

## JOINT STATUS REPORT

The Parties submit this Joint Status Report per the Court's Minute Entry of December 6, 2021.

The Parties finalized and executed a Settlement Agreement and Release in this matter on January 13, 2022. Under the terms of the Settlement Agreement and Release, the Parties will file a Stipulation of Dismissal in this matter on or before January 30, 2021.

In light of the settlement, the Parties respectfully request that the Court vacate the Status Conference scheduled for January 18, 2022, and permit the Parties to file a Stipulation of Dismissal on or before January 30, 2022.

Dated: <u>January 13, 2022</u>          Respectfully submitted,

**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 362-0041
Facsimile: (202) 362-2640
cgilligan@odonoghuelaw.com

By: /s/ Charles W. Gilligan
Charles W. Gilligan (Bar No. 394710)

5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 362-0041
Facsimile: (202) 362-2640
dkeenan@odonoghuelaw.com

/s/ Daniel J. Keenan
Daniel J. Keenan (Pro Hac Vice)

*Counsel for Plaintiffs*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (319) 916-2146
Facsimile: (317) 916-9076
kenneth.siepman@ogletreedeakins.com

By: /s/ Kenneth B. Siepman
Kenneth B. Siepman

*Counsel for Defendant*