IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL A. CRABTREE**, as CHIEF EXECUTIVE OFFICER OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, *et al.*, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : Case No.: 1:19-cv-01596-TNM <br> : |
| v. | : <br> : |
| **MILLER PIPELINE, LLC**, d/b/a MILLER PIPELINE CORPORATION | : <br> : <br> : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of this lawsuit, costs paid.

Dated: January 20, 2022

Respectfully submitted,

**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 362-0041
Facsimile: (202) 362-2640
cgilligan@odonoghuelaw.com

By: /s/ Charles W. Gilligan
Charles W. Gilligan (Bar No. 394710)

5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 362-0041
Facsimile: (202) 362-2640
dkeenan@odonoghuelaw.com

/s/ Daniel J. Keenan
Daniel J. Keenan (Pro Hac Vice)

*Counsel for Plaintiffs*

           **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
           111 Monument Circle, Suite 4600
           Indianapolis, Indiana 46204
           Telephone: (319) 916-2146
           Facsimile: (317) 916-9076
           kenneth.siepman@ogletreedeakins.com

By:   /s/ Kenneth B. Siepman
       Kenneth B. Siepman

*Counsel for Defendant*